UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| EARNEST BROWN, # 325715, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 1:14-CV-303 |
| ) | |
| TDOC COMMISSIONER DERRICK ) | Judge Travis R. McDonough |
| SCHOFIELD, WARDEN ERIC QUALLS, ) | |
| and CORRECTIONAL OFFICER ) | Magistrate Judge Susan K. Lee |
| CHRISTOPHER DODSON, ) | |
| ) | |
| *Defendants*. ) | |

## **MEMORANDUM**

This prisoner's pro se civil rights action under 42 U.S.C. § 1983 is before the Court upon the postal return of an order entered in this lawsuit and mailed to Plaintiff at the address he listed as his current address in his Notice of Change of Address. The order was returned to the Court by the postal authorities more than ten days ago, with the envelope marked, "Return to Sender" and "INAC" (Doc. 5). Plaintiff has failed to provide the Court with an updated notice of his correct address and, without his correct and current address, neither the Court nor Defendants can communicate with him regarding his case.

Accordingly, this action will be **DISMISSED** without prejudice, sua sponte, for want of prosecution. Fed. R. Civ. P. 41(b); *Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962) (recognizing court's authority to dismiss a case sua sponte for lack of prosecution); *White v. City of Grand Rapids*, 34 F.App'x 210, 211(6th Cir. 2002) (finding pro se prisoner's complaint "was subject to dismissal for want of prosecution because he failed to keep the district court apprised of his current address"); *Jourdan v. Jabe*, 951 F.2d 108 (6th Cir. 1991).

AN APPROPRIATE ORDER WILL ENTER.

*/s/ Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**